## THIRD DEPARTMENT, OCTOBER, 1982

## (October 5, 1982)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARK S. WILLIAMS, Petitioner, v EVERETT JONES, as Superintendent of Great Meadow Correctional Facility, Respondent. — Application, pursuant to CPLR 7002 (subd [b], par 2), for writ of habeas corpus denied, upon the ground that there is no basis to depart from traditional orderly procedure by resort to habeas corpus during pendency of a direct appeal from the judgment of conviction (*People ex rel. Keitt v McMann,* 18 NY2d 257.) Mahoney, P. J., Sweeney, Yesawich, Jr., Weiss and Levine, JJ., concur.

■ NIAGARA MOHAWK POWER CORPORATION, Respondent-Appellant, v CITY SCHOOL DISTRICT OF THE CITY OF TROY, Appellant-Respondent. — Motion for permission to appeal to the Court of Appeals granted, without costs. No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that the following question of law, decisive of the correctness of its determination, has arisen, which in its opinion ought to be reviewed by the Court of Appeals: "Is this court's order correct as a matter of law?" Kane, J. P., Main, Mikoll, Weiss and Levine, JJ., concur.